# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL ACTION NO. 3:18-CR-578-S-BT |
| JOSE GUADALUPE SALAZAR-LOPEZ | § § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Defendant filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant's motion to terminate his supervised release, ECF No. 29, is hereby DENIED. The Clerk of the Court is directed to open a new action for statistical purposes (NOS 540), with direct assignment to District Judge Scholer and Magistrate Judge Rutherford, and to close same on the basis of this order.

**SO ORDERED.**

SIGNED November 12, 2019.

_____
UNITED STATES DISTRICT JUDGE